UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Marcus Vinicius Giotto, et al.

v. Civil No. 20-cv-453-LM

US Department of Homeland Security, Secretary, et al.

**O R D E R**

For the reasons explained on the record at the fairness hearing on today's date, the court grants the class plaintiffs' "Assented-To Motion for Final Approval of Settlement and for Entry of Stipulated Dismissal, and for Issuance of Joint Stipulation." Doc. no. 848.

**IT IS HEREBY ORDERED THAT:**

1. The Settlement Agreement ("Agreement") (doc. no. 848-1) is hereby incorporated by reference in this order. All terms and phrases used in this Order shall have the same meaning as set forth in the Agreement.

2. The "First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 and Class Complaint for Declaratory and Injunctive Relief" (doc. no. 5) is dismissed with prejudice. The parties shall bear their own attorney fees and costs except as provided by the Agreement.

3. The court grants final approval of the Agreement, finding that the terms of the Agreement are fair, reasonable, and as required by Federal Rule of Civil Procedure 23(e)(2). The court set forth its reasoning for granting final approval of the settlement on the record at the fairness hearing on March 11, 2025.

4. The class for settlement purposes is the same as the class set forth in this court's order dated March 5, 2021: "all individuals held in civil immigration detention at" the Strafford County Department of Corrections ("SCDOC"). Gomes v. Acting Sec'y, U.S. Dep't of Homeland Sec., 561 F. Supp. 3d 93, 103 (D.N.H. 2021).

5. As specified in the Agreement, and notwithstanding the dismissal of this case, the court retains jurisdiction over all disputes between and among the parties arising out of the Agreement, including but not limited to interpretation and enforcement of the terms of the Agreement, except as otherwise provided in the Agreement, for a term of eight months from the date at the bottom of this order.

6. Neither the settlement, nor any exhibit, document, or instrument delivered thereunder shall be construed as or deemed to be evidence of an admission or concession by Defendants or an interpretation of any liability or wrongdoing by Defendants, or of the truth of any allegations asserted by Plaintiffs, Class Members, or any other person.

7. The court approves the parties' joint stipulation (doc. no. 848-2).

8. The court hereby grants doc. no. 848 and approves the proposed class-wide relief set forth in the Agreement (doc. no. 848-1).

**SO ORDERED.**

______________________________
Landya McCafferty
United States District Judge

March 11, 2025

cc: Counsel of Record