UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Giotto et al.

v. Case No. 20-cv-453-LM

US Department of Homeland Security,
Acting Secretary et al.

JUDGMENT

In accordance with the following, judgment is hereby entered:

(1) Order by Chief Judge Landya B. McCafferty dated March 11, 2025; and

(2) Endorsed Order by Chief Judge Landya B. McCafferty dated March 11, 2025.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: March 20, 2025

cc: Counsel of Record